IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH OBERDORF, | : | Case No. 4:15-cv-01880 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| PENN VILLAGE FACILITY OPERATIONS, LLC d/b/a MANOR AT PENN VILLAGE and CONSULATE MANAGEMENT COMPANY, LLC, | : | |
| | : | |
| Defendants. | : | |

**ORDER**
May 3, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Defendant's Motion to Dismiss (ECF No. 7) is GRANTED in part and DENIED in part.

2. Defendant's motion is denied with regard to Plaintiff's Title VII claim of gender discrimination and his request for punitive damages.

3. Defendant's motion is granted with regard to Plaintiff's Title VII claims of retaliation and hostile work environment.

4. Plaintiff is granted leave to amend his complaint within the requisite time period and in accordance with the Court's decision.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge