# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH OBERDORF, | : | Case No. 4:15-cv-01880 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| PENN VILLAGE FACILITY OPERATIONS, LLC d/b/a MANOR AT PENN VILLAGE and CONSULATE MANAGEMENT COMPANY, LLC, | : | |
| | : | |
| Defendants. | : | |

## ORDER

## March 3, 2017

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT** Defendants Penn Village Facility Operations, LLC d/b/a Manor at Penn Village and Consulate Management Company, LLC's Motion to Dismiss Plaintiff's Retaliation Claim in the Amended Complaint (ECF No. 15) is **DENIED**. Defendants are directed to file their Answer within fourteen (14) days of the date of this Order, pursuant to Fed. R. Civ. P. 12(a)(4)(A).

BY THE COURT:

    s/ Matthew W. Brann
Matthew W. Brann
United States District Judge